**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7644**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROOSEVELT SPANN, JR., a/k/a Russell Rice, Jr., a/k/a Peachy,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge.  (1:06-cr-00179-RDB-1)

Submitted:  March 29, 2022                 Decided:  April 1, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roosevelt Spann, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roosevelt Spann, Jr., appeals the district court's order denying his motions for compassionate release and for home confinement. We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying Spann's motions. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. *United States v. Spann*, No. 1:06-cr-00179-RDB-1 (D. Md. Nov. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*